SAMUEL R. ROGERS and Another, Respondents, v. JAMES J. BYARD, JR., Appellant. — Motion denied.

JOHN E. GAITLEY, Appellant, v. ALBANY FOUNDRY COMPANY and Others, Respondents. In the Matter of the Submission of Question to Hon. A. V. S. COCHRANE, as to the Effect of Contract Dated March 12, 1912, between JOHN E. GAITLEY and JOHN R. MARSHALL with Reference to the Ownership of Fund of $4,378.76 Now Deposited in the First National Bank of Albany, N. Y.— Upon the petition of Joseph P. Coughlin, Esq., ordered, that all persons interested in the estate of John R. Marshall, deceased, show cause before this court on the opening of court on the first day of the September term, 1917, at the City Hall, in the city of Saratoga Springs, N. Y., why the order appealed from should not be reversed; and that service of the order be made upon the widow of said Marshall by delivering a copy to her personally without the State within twenty days from the date of the order, and to all other persons interested in the estate by publication thereof for six weeks in the *Knicker-bocker Press* and the Albany Evening *Journal*, in the manner provided for the service of a summons in an action in the Supreme Court. Cochrane, J., not sitting.

In the Matter of the Claim of JACOB HELLMAN, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. MANNING SAND PAPER COMPANY, Employer, and the AMERICAN MUTUAL COMPENSATION INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Application of the STANFORD HEIGHTS REALTY COMPANY OF SCHENECTADY, N. Y., for a Writ of Certiorari to FLOYD S. HEDDEN and Others, Assessors of the Town of Niskayuna, Schenectady County, N. Y.— Motion denied. Kellogg, P. J., not sitting.

In the Matter of the Claim of ABRAHAM DAYS, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. S. TRIMMER & SONS, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of ENOCH KOBYRA, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. B. F. ADAMS, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Motion denied, without prejudice to application to Commission to reopen case and take further testimony.

In the Matter of the Claim of WILLIAM COBB, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. LIBRARY BUREAU, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted.

In the Matter of the Claim of ADOLPH LANDES, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. DAVID LUPTON'S SONS CO., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted.

In the Matter of the Claim of JOSEPH O'CONNELL, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v.